# UNITED STATES DISTRICT COURT
## District of Minnesota

Victor Oreskovich

                         **JUDGMENT IN A CIVIL CASE**

                  Plaintiff,

v.

                         Case Number:  15-cv-440 ADM/FLN

Credit Protection Association, L.P.

                  Defendant(s).

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned proceeding is dismissed with prejudice.

Date: 07/07/2015                                         RICHARD D. SLETTEN, CLERK

                                                                s/M. Price

                                (By)                         M. Price, Deputy Clerk